IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
AMBER RENEE WILLIAMS, as    )
Administrator of the        )
Estate of Daniel Terry      )
Williams,                   )
                            )
     Plaintiff,             )
                            )    CIVIL ACTION NO.
     v.                     )      2:24cv806-MHT
                            )          (WO)
JOSEPH HEADLEY, et al.,     )
                            )
     Defendants.            )
```

ORDER

Upon consideration of the motion to intervene and to stay the case filed by Taylor Bostic, it is ORDERED that:

(1) Pursuant to Fed. R. Civ. P. 24, the motion to intervene (Doc. 12) is granted conditionally, depending on the state courts' resolution in favor of the intervenor of the dispute between the plaintiff and intervenor as to the appropriate administrator of the decedent's estate. The court will revisit the

intervention decision once the administrator dispute has been finally resolved by the state courts.

(2) The motion to stay the case (Doc. 12), which is unopposed, is granted, and this case is stayed pending resolution by the state courts of the dispute as to the proper administrator of the decedent's estate.

(3) On or before April 29, 2025, and on the last Tuesday of every other month thereafter, the plaintiff and intervenor shall file periodic reports as to the status of all state court proceedings (including in the probate courts of both Jefferson County and Blount County) regarding the proper administrator of the estate of Daniel Terry Williams.

This case is administratively closed pending resolution of the administrator issue by the state courts.

DONE, this the 14th day of February, 2025.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE